UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JUAN HONG,<br><br>  Plaintiff,<br><br>  v.<br><br>STANLEY GRANT, CHAIRPERSON OF THE DEPARTMENT OF CHEMICAL ENGINEERING AND MATERIALS SCIENCE, WILLIAM SCHMITENDORF, ASSOCIATE DEAN OF THE HENRY SAMUELI SCHOOL OF ENGINEERING, NICOLAOS ALEXOPOULOS, DEAN OF THE HENRY SAMUELI SCHOOL OF ENGINEERING, JOHN HEMMINGER, CHAIR OF ACADEMIC SENATE COUNCIL ON ACADEMIC PERSONNEL, HERBERT P. KILLACKEY, VICE PROVOST FOR ACADEMIC PERSONNEL, MICHAEL R. GOTTFREDSON, PROVOST AND EXECUTIVE VICE CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA, IRVINE, AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA,<br><br>  Defendants. | CASE NO.: SACV06-0134 CJC (RNBx)<br><br>**[PROPOSED] JUDGMENT**<br><br>---<br><br>Courtroom:  9B<br>Judge:  Cormac J. Carney<br>Trial Date:  None Set<br><br>**EXEMPT FROM FEES**<br>**GOVT. CODE § 6103** |

1
2   Whereas, Defendants' Motion for Summary Judgment was GRANTED by
3   this Court on September 19, 2007 [Doc. No. 74]; and
4   Whereas, Plaintiff's Motion for Reconsideration was DENIED by this Court
5   on October 24, 2007 [Doc. No. 78]; and
6   Whereas, The Ninth Circuit Court of Appeals AFFIRMED this Court's
7   ruling on November 12, 2010 (Case No. 07-56705), and issued its Mandate on
8   December 6, 2010 [Doc. No. 83], thus completing all appeals;
9   Now therefore it is adjudicated and decreed that judgment be entered in the
10  minute book of the Court in favor of Defendants, with Defendants to recover their
11  costs in an amount to be determined by the Court.
12  IT IS SO ORDERED.
13
14  Dated: January 6, 2011     _____
                               Hon. Cormac J. Carney
15                             United States District Court