```
RICHARD A. PAUL (SBN 057976)
rpaul@paulplevin.com
KARI D. SEARLES (SBN 204886)
ksearles@paulplevin.com
KARIN K. SHERR (SBN 229423)
ksherr@paulplevin.com
```

**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
401 B Street, Tenth Floor
San Diego, California  92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JUAN HONG, <br><br> Plaintiff, <br><br> v. <br><br> STANLEY GRANT, CHAIRPERSON OF THE DEPARTMENT OF CHEMICAL ENGINEERING AND MATERIALS SCIENCE, WILLIAM SCHMITENDORF, ASSOCIATE DEAN OF THE HENRY SAMUELI SCHOOL OF ENGINEERING, NICOLAOS ALEXOPOULOS, DEAN OF THE HENRY SAMUELI SCHOOL OF ENGINEERING, JOHN HEMMINGER, CHAIR OF ACADEMIC SENATE COUNCIL ON ACADEMIC PERSONNEL, HERBERT P. KILLACKEY, VICE PROVOST FOR ACADEMIC PERSONNEL, MICHAEL R. GOTTFREDSON, PROVOST AND EXECUTIVE VICE CHANCELLOR OF THE UNIVERSITY OF CALIFORNIA, IRVINE, AND THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, <br><br> Defendants. | CASE NO. SACV06-134 CJC (RNBx) <br><br> **DEFENDANTS' NOTICE OF APPLICATION AND APPLICATION TO CLERK TO TAX CERTAIN COSTS** <br><br> Date:              February 4, 2011 <br> Time:             10:00 a.m. <br><br> Judgment Entered: January 7, 2011 <br><br> **EXEMPT FROM FEES <br> GOVT. CODE § 6103** |

TO THE CLERK OF THE COURT, THE COURT, AND PLAINTFF IN PROPRIA PERSONA:

PLEASE TAKE NOTICE that on February 4, 2011, at 10:00 a.m., in Room 1-053 Defendants herby request that the Clerk of the Court, pursuant to Federal Rules of Civil Procedure 54(d)(1) and Local Rule 54-3, tax certain costs incurred in the litigation of this action, in the amount of $2,802.76, as set forth in the Bill of Costs, Declaration of Karin K. Sherr, and supporting documentation filed concurrently herewith.

This Application is made subsequent to the Court's entering final judgment in this action on January 7, 2011 [Doc. No. 85]. This Application is brought on the grounds that Defendants are the prevailing parties under Local Rule 54-2 against Plaintiff Juan Hong in the above-captioned case because Defendants prevailed on their motion for summary judgment. [Doc. No. 74]. Accordingly, as the prevailing parties in this litigation, Defendants are entitled to have certain costs taxed by the Clerk of the Court pursuant to Federal Rules of Civil Procedure 54(d)(1) and Local Rule 54-4.

Attached as Exhibit A to the Bill of Costs are the invoices from Hutchings Court Reporters, LLC regarding court reporter and transcript costs allowable by Local Rule 54-4.6.

Dated: January 18, 2011

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: *Karin K. Sherr /s/*
RICHARD A. PAUL
KARI D. SEARLES
KARIN K. SHERR
Attorneys for Defendants